IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONALD WILLIAM FLETCHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A. HANNOB, et al., )<br>)<br>Defendants. )<br>_____) | Civ. No. 06-414-CO<br><br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation on July 31, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#9) is adopted. The first amended complaint (#8) is dismissed for failure to state a claim, and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this _9_ day of October, 2006.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE